UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     v.<br><br>ALEKSANDR PAVLOVSKIY,<br><br>                      Defendant. | Case No. MJ19-382 MLP<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

    Count 1:     Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B) and (b)(2)

<u>Date of Detention Hearing</u>: August 29, 2019

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    The Government alleges Defendant's cellphone, which was in Plaintiff's possession at the time the search warrant was executed, contained over 20,000 images of child pornography. The Government also seized two additional devices, including a laptop found in Defendant's work safe and a hard drive found on his

DETENTION ORDER - 1

work desk. The Government alleges these devices contained thousands of child pornography images, some of which alerted to identified children who are known victims.

2. The Government alleges Defendant made a living from trafficking in stolen property and he is currently unemployed. There are allegations that Defendant sexually abused his minor daughter. Defendant has also made threats to his adult son.

3. Defendant poses a risk of danger to the community. Defendant also poses a risk to himself as he has made suicidal remarks, appears to have attempted to harm himself, and has been on suicide watch. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons, himself, or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this <u>29th</u> day of August, 2019.

*/s/ MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3