THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0211-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALEKSANDR PAVLOVSKIY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's counsel's notice of appearance (Dkt. No. 55), Defendant's demand for discovery (Dkt. No. 56) and Defendant's motion for substitution and withdrawal of counsel (Dkt. No. 58). The Court notes that these motions contain a variety of deficiencies and violations of the Local Rules. Connor Jepson never properly appeared in this matter. It appears that Gloria Backus used Mr. Jepson's CM/ECF account to file Docket Numbers 55, 56, and 57 in this matter. In addition, Docket Number 58 does not comport with Local Criminal Rule 5(g)(4)(A) or (B). It was neither stipulated to nor properly served on Mr. Murphy.

Therefore, the Clerk is DIRECTED to REMOVE Connor Jepson from the Court's docket as counsel in this matter and STRIKE Docket Numbers 56, 57, and 58.

1     DATED this 12th day of November 2020.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk