UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALEKSANDR PAVLOVSKIY,<br><br>Defendant | No. No. CR19-211J-CC<br><br>MOTION TO SUBSTITUTE COUNSEL<br><br>NOTING DATE:  January 19, 2021 |

COMES NOW the Defendant, Aleksandr Pavlovskiy, and moves the Court to substitute Gloria Backus and Vindicate Criminal Law Group as his counsel of choice in this matter, and to permit the withdrawal of his current counsel, Gregory T. Murphy. The Court struck a prior motion to substitute counsel for non-compliance with the local rules.

Pursuant to LCR 83.2(b) and LCrR 5(g)(4)(A), Mr. Pavlovskiy renews his request to for leave to substitute counsel. The undersigned stipulate to the withdrawal and substitution of counsel for Defendant.

Presented by:

_____
Gloria Backus, WSBA 24279
1201 Pacific Avenue
Tacoma, WA 98402
Ph: 253-441-8137 / Fax: 253-512-1957

January 15, 2021
Date

_____
Aleksandr Pavlovskiy, Defendant

January 15, 2021

MOTION TO SUBSTITUTE
DEFENSE COUNSEL

Page 1 of 1



VINDICATE
CRIMINAL LAW GROUP
1201 Pacific Avenue, Suite C7
Tacoma, WA 98402
Ph: 253-441-8137 / Fax: 253-512-1957

1
2  \_\_\_//s//_____        \_\_01/15/2021_____
   Gregory Murphy                          Date
3  Assistant Federal Public Defender
   1601 Fifth Avenue, Suite 700 | Seattle, WA 98101
4  T: 206.553.1100 | F: 206.553.0120 | C: 206.819.8696
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

**MOTION TO SUBSTITUTE**
**DEFENSE COUNSEL**

Page 1 of 2



1201 Pacific Avenue, Suite C7
Tacoma, WA 98402
Ph: 253-441-8137 / Fax: 253-512-1957