THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEKSANDR PAVLOVSKIY,<br><br>　　　　　　Defendant. | CASE NO. CR19-0211-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's renewed motion to substitute counsel (Dkt. No. 60). The motion is GRANTED. The Court DIRECTS the Clerk to remove Gregory Murphy as counsel for Defendant, who will now be represented by Gloria Backus.

DATED this 20th day of January 2021.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR19-0211-JCC
PAGE - 1