UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEKSANDR PAVLOVSKIY,<br><br>　　　　　　　Defendant. | CASE NO. CR19-0211-JCC<br><br>ORDER |

This matter comes before the Court on the parties' agreed motion to continue trial (Dkt. No. 67). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

The parties move to continue the trial date and the pretrial motions deadline to provide the time necessary to evaluate and consider the results of Defendant's pending sexual deviancy evaluation. (*Id.* at 2.) Defense counsel also indicates that follow-up investigation may be required once the results are known. (*Id.* at 3.) The Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Defendant and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Specifically, the failure to grant a continuance would result in a miscarriage of justice and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

Accordingly, the Court ORDERS:

1. The August 16, 2021 jury trial is CONTINUED until November 15, 2021.
2. The pretrial motions deadline is CONTINUED until October 22, 2021.
3. The period from the date of this order until November 15, 2021 is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 8th day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE