DocuSign Envelope ID: A5B29222-444E-4B3D-8780-92932C6DEA3A

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALEKSANDR PAVLOVSKIY,<br><br>Defendant | No. No. CR19-211J-CC<br><br>SENTENCING LETTER FROM **NADYA PAVLOVSKAYA** (WIFE OF DEFENDANT) TO JUDGE COUGHENOUE |

What follows is a letter from Nadezhda Pavlovskaya to Judge Coughenour upon the sentencing of her husband, Defendant Aleksandr Pavlovskiy.

She asks that it be read and considered at sentencing.

Presented by:

/s/Gloria Backus                          January 29, 2022
Gloria Backus, WSBA 24279                 Date
Vindicate Law Group
Attorneys for Defendant
1201 Pacific Avenue
Tacoma, WA  98402
Ph: 253-441-8137 / Fax: 253-512-1957

LETTER FROM NADEZHDA PAVLOVSKAYA
TO JUDGE COUGHENOUR RE SENTENCING.

Page **1** of **3**

VINDICATE
CRIMINAL LAW GROUP
1201 Pacific Avenue, Suite C7
Tacoma, WA 98402
Ph: 253-441-8137 / Fax: 253-512-1957

Dear Judge Coughenour:

My name is Nadezhda (Nadya) Pavlovskaya. I am the wife of Aleks Pavlovskiy. My native language is Ukrainian, and I still struggle with English, but my children have assisted me with what I want to say, and this document is a true reflection of my position and my concerns as my husband approach his sentencing. If I write facts about my children, it is because I have personally saw or heard this from them.

In Ukraine, I met Aleks at church and he was the most attentive and kind person. It took me hardly any time to ignore the age difference because Aleks was very mature for his age. He had dreams and he wanted me to a part of those dreams. I agreed to marry him, and we have the five wonderful children.

Aleks started always feeling down and sad and he complained a lot of back pain. He was in a car accident in 2003 but he managed well, I thought. Over time, he became distant and started drinking and looking for testosterone drugs online.

I used to help in our business but stopped after we hired employees. I did not know about the stolen items being purchased and resold at the business. I was so scared for my children when Aleks was arrested. I could not believe that it was happening.

When the business was raided and all items removed, I was left without a means of income. I accept that this had to happen when the government suspects people of crimes, but it was devastating. I am not afraid of hard work. I started caring for people in their homes. The pay was not enough.

LETTER FROM NADEZHDA PAVLOVSKAYA
TO JUDGE COUGHENOUR RE SENTENCING.

Page **2** of **3**

VINDICATE
CRIMINAL LAW GROUP

1201 Pacific Avenue, Suite C7
Tacoma, WA 98402
Ph: 253-441-8137 / Fax: 253-512-1957

I filed for bankruptcy to keep the house in 2019. I hope the Court will order that the inventory and other items not kept by the government be returned to me. I will sell them to help with family expenses and debt.

Not only I, but others agree that Aleks is not a violent person. Even while being away from his family, Aleks sent his unemployment benefits and what he could home while he had jobs--this was a Godsend. I'm no expert, but I know that prison will not help me or the kids, but home monitoring and treatment will give us hope.

I beg you, please do not incarcerate Aleks. I want our family to be together once again.

I write the above and swear it is true under penalty of perjury.

*Nadezhda Pavlovsakiya*
Nadezhda Pavlovskaya

1/30/2022
_____
Date

LETTER FROM NADEZHDA PAVLOVSKAYA
TO JUDGE COUGHENOUR RE SENTENCING.

Page 3 of 3

VINDICATE
CRIMINAL LAW GROUP
1201 Pacific Avenue, Suite C7
Tacoma, WA 98402
Ph: 253-441-8137 / Fax: 253-512-1957