THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALEKSANDR PAVOLOVSKIY,<br><br>　　　　　Defendant. | CASE NO. CR19-0211-JCC<br><br>ORDER |

This matter comes before the *sua sponte*. The Court indicated in the preceding sentencing hearing that it was imposing a fifteen-year term of supervised release on Count 2 of the Superseding Information, Transportation of Stolen Goods in Interstate Commerce, to run concurrent to the supervised release term imposed on Count 1, Possession of Child Pornography. (*See* Dkt. No. 101 (entry of proceeding).) This order corrects that statement. A *three-year* term of supervised release is imposed on Count 2 and is to run concurrent to the fifteen-year term of supervised release to be served on Count 1.

DATED this 1st day of February 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0211-JCC
PAGE - 1