The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEKSANDR PAVLOVSKIY,<br><br>Defendant. | No. 2:19-CR-00211-JCC<br><br>[~~Proposed~~] Order Granting United States' Motion to Apply Seized Property to Judgment Debt |

The United States of America moved for an order authorizing the Federal Bureau of Investigation to apply $7,779 in U.S. currency seized from Defendant Aleksandr Pavlovskiy to Mr. Pavlovskiy's judgment debt in this case (**Dkt. No. 116**).  The Court has reviewed the United States' motion and any response and reply thereto.

For the reasons stated in the United States' motion, the Court GRANTS the motion and authorizes the FBI to deliver to the Clerk of this Court the $7,779 it seized from Mr. Pavlovskiy.  The FBI shall deliver the payment via check payable to "U.S. District Court Clerk," with "U.S. v. Pavlovskiy, No. 2:19-cr-00211" on the check's memo line.  The FBI shall mail or deliver the check to:

[~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION
TO APPLY SEIZED FUNDS TO JUDGMENT DEBT
*United States v. Aleksandr Pavlovskiy*, No. 2:19-CR-00211-JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | U.S. District Court Clerk – W.D. Wash. |
| 2 | Attn: Finance Clerk |
|   | 700 Stewart Street – Lobby Level |
| 3 | Seattle, WA 98101 |

4  The Clerk shall apply the payment to Mr. Pavlovskiy's judgment debt in this case.

5     DATED this 4th day of September 2024

           _____
           HON. JOHN C. COUGHENOUR
           United States District Court Judge

Presented by:

s/ *Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES' MOTION
TO APPLY SEIZED FUNDS TO JUDGMENT DEBT
*United States v. Aleksandr Pavlovskiy*, No. 2:19-CR-00211-JCC -2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970